UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Anthony Bussie, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Congressman Robert E. Andrews, | ) | 5:14-CV-53-BR |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

**This judgment filed and entered on February 3, 2014, and served on:**

Anthony Bussie (via US Mail at Philadelphia Federal Detention Center, PO Box 562, Philadelphia, PA 19105)

February 3, 2014 /s/ Julie A. Richards,
Clerk of Court